

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

**BRENT ALLEN MORRIS,**  )
)
Petitioner,  )
)
v.  )  Case No. 22-CV-0091-CVE-SH
)
**CARRIE BRIDGES, Warden,**[1]  )
)
Respondent.  )

**FILED**
OCT 13 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

### NOTICE OF PETITION FOR CERTIORARI REVIEW AND REQUEST FOR STAY AND ABEYANCE

COMES NOW, Petitioner Brent Allen Morris, *pro se*, and submits this as his 'Notice of Petition for Certiorari Review and Request for Stay and Abeyance' as follows:

**Petition for Certiorari Review**

Petitioner is submitting a Petition for *certiorari* review with the United States Supreme Court (SCOTUS) pursuant to 28 U.S.C. §§ 1254 and 2101(d). In the interest of preserving this Court's judicial resources and the resources of Respondent, Petitioner requests a stay and abeyance in the instant proceeding until a disposition is made by the SCOTUS on his *certiorari* Petition.

Petitioner planned to have his *certiorari* Petition submitted last month but his prison has been subjected to a series of individual and statewide lockdowns and COVID quarantines. *See* Attached Exhibit, Law Library Lockdown Log.

Upon receipt of the docketed case number from the SCOTUS Clerk, Petitioner will submit it to this Court and to Respondent.

IT IS SO PRAYED.

_____

[1] Carrie Bridges has replaced Scott Nunn as Warden of James Crabtree Correctional Center.

Dated: October 6, 2022

X_____
Brent Allen Morris
#795282
JCCC Unit 5
216 N. Murray St.
Helena, OK 73741

## VERIFICATION AND CERTIFICATE OF SERVICE

I, BRENT ALLEN MORRIS, being of lawful age and duly sworn upon oath, state that I am the Petitioner in this instrument and that all the information contained therein is true and correct to the best of my knowledge and belief. Moreover, all the written instruments, record, and documents appended herewith as Exhibits are true and authentic. Stated under the penalty of perjury. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

I hereby certify that on October 6, 2022 I served the attached document via USPS First Class mail to:

Teddy M. Peepers, OBA #19909
Assistant Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

## Law Library Lockdown Log

| Date | Time | Unit/ Units | Staff Signature |
|---|---|---|---|
| 6-23-22 | 8:00 Am | 3 & 5 & SHu | Kate Ellick went to the unit exam on yard. |
| 8-29-22 | 8:00 Aw | Deadlines | Went to Unit Structured movement Ellick |
| 8-30-22 | 8:00 Am | 1 ? 6 SMU | Went to unit Structured movement Ellick |
| 8-31-22 | 8:00 Am | 2 ? 4 | Went to units Structured Movement Ellick |
| 9-01-22 | 8:00 Am | 5, SMU ? Units | Went to units Structured Movent Ellick |
| 9-22-22 | 8:00 Am | Units & 3 SMU | Went to units Structured movement Ell |
| 9-26-22 | 8:00 Am | Units | Went to Units Structured movement Kell |
| 9-27-22 | 8:00 Am | Closed Training OKC Ellick |  |
| 9-28-22 | 8:00 Am | Units (All Y, 2, 4 | Kate Ellick |
| 9-29-22 | 8:00 Am | Units & 3 SMU | Kellick Structured movement |

Brent Morris # 795782
Jcee    Unit 58outh
216 N. Murray St.
Helena, OK 73741

JCCC
LEGAL MAIL

Clerk of Court
United States District Court
333 West Fourth Street
Tulsa, OK 74103

22-cv-91-CVE-SH

RECEIVED
OCT 13 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

postage marke
10/10/22

US POSTAGE PITNEY BOWES
ZIP 73741 $ 001.20°
02 4W
0000350381 OCT 10 2022